UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CORTEZ BRITTON AND LAQUITA BRITTON,

   *Plaintiffs*,

   v.                                           Case No: 3:23-cv-760

COLUMBIA COUNTY AND TRAVIS LANGE,

   *Defendants*.

# COMPLAINT

Plaintiffs Cortez Britton and Laquita Britton by their attorneys, Strang Bradley, LLC, for their complaint against Defendants, state:

## JURISDICTION AND VENUE

1. This action is brought pursuant to 42 U.S.C. § 1983 to redress the deprivation under color of law of Plaintiffs' rights as secured by the United States Constitution.

2. This Court has jurisdiction over federal claims pursuant to 28 U.S.C. § 1331 and the state law indemnification claim pursuant to 28 U.S.C. § 1367.

3. Venue is proper under 28 U.S.C. § 1391(b). Defendant Columbia County is a political subdivision of the state of Wisconsin located within this judicial district. Additionally, the events giving rise to the claims asserted herein occurred within this judicial district.

## PARTIES

4. Plaintiff Cortez Britton is an adult resident of the State of Wisconsin.

1

5. Plaintiff Laquita Britton is an adult resident of the State of Wisconsin.

6. Defendant Columbia County is a political subdivision of the State of Wisconsin and is and/or was the employer of the individual Defendant Travis Lange and is required to pay any tort judgment for damages for which its employees are liable for acts within the scope of their employment pursuant to WIS. STAT. § 895.46.

7. Defendant Travis Lange was, at the time of this occurrence, employed as a deputy in the Columbia County Sheriff's Office. At all times relevant to this action, Defendant Lange engaged in the conduct complained of while he was on duty and in the course and scope of his employment with Columbia County Sheriff's Office and was acting under color of state law, ordinance, and/or regulation. This Defendant is sued in his individual capacity.

## FACTS

8. On February 16, 2021, Defendant Travis Lange conducted a traffic stop of a vehicle registered to Cortez Britton.

9. The reason Defendant Lange gave for conducting the traffic stop of the vehicle was that the registered owner of the vehicle had a revoked driver's license.

10. At the time of the traffic stop, Cortez Britton was riding in the front passenger seat and his wife, Laquita Britton was driving the vehicle.

11. After approaching the stopped vehicle, Defendant Lange noticed that a female was driving.

12. Defendant Lange subsequently became aware that Laquita Britton was the wife of Cortez Britton, and that Laquita Britton had a valid license to drive the vehicle.

13. After completing the purpose of the traffic stop and confirming that Laquita Britton was legally driving the vehicle, Defendant Lange did not terminate the traffic stop.

14. Instead, Defendant Lange called for a K9 to come to the scene and prolonged the scope and duration of the detention of Cortez Britton and Laquita Britton without probable cause to do so.

15. Cortez Britton was subsequently arrested and criminally charged with Possession of THC in Columbia County Circuit Court Case Number 2021CF000092.

16. Cortez brought a motion to suppress evidence in Columbia County Circuit Court Case Number 2021CF000092, alleging that Defendant Lange violated his Fourth Amendment rights by illegally detaining him after the purpose of the initial traffic stop was completed and expanding the scope of the stop without probable cause.

17. After an evidentiary hearing on Cortez Britton's motion to suppress, Columbia Circuit Court Judge Todd Hepler, granted the motion to suppress, concluding that Defendant Lange violated Britton's Fourth Amendment rights.

## COUNT I:
## 42. U.S.C. § 1983 Claim for Unlawful Seizure and Detention

18. Plaintiff realleges the above paragraphs.

19. The actions of Defendant Lange in calling for a K9 to come to the scene of the traffic stop after the purpose of the initial traffic stop was completed and thereby expanding the scope and duration of the traffic stop of the Britton's without probable cause to do so, was an unjustified and illegal seizure. This violated the Britton's rights under the Fourth Amendment to be free from unreasonable searches, arrests, and seizures and thus violated 42 U.S.C. § 1983.

3

20. The aforementioned actions of Defendant Lange were the direct and proximate cause of the constitutional violations set forth above and of the Britton's, mental suffering, anguish, fear, humiliation, loss of personal freedom, and expenses.

WHEREFORE, pursuant to 42 U.S.C. § 1983, Plaintiffs demand actual or compensatory damages against Travis Lange and because he acted maliciously, wantonly, or oppressively, punitive damages, plus the costs of this action, attorneys' fees, and such other and further relief that the Court deems just and equitable. Additionally, Plaintiff asks this Court to find that Columbia County is required to satisfy any judgment against their employee by virtue of Wis. Stat. § 895.46.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury, pursuant to FED. R. CIV. PRO. 38(b), on all issues so triable.

Dated: 30 October 2023,

Respectfully submitted,

/s/ John H. Bradley
John H. Bradley
   Wisconsin Bar No. 1053124
R. Rick Resch
   Wisconsin Bar No. 1117722
James Odell
   Wisconsin Bar No. 1131587
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
James@StrangBradley.com

Attorneys for Plaintiff